AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

Francisco Fabelo Jr.
_____
Petitioner

v.

United States Department of Justice
Department of Homeland Security
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)
)

Case No. _____
*(Supplied by Clerk of Court)*

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1.  (a) Your full name: Francisco Fabelo Jr. A-21-784-076
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution: Orange County Correctional Facility
    (b) Address: 110 Wells Farm Road Goshen N.Y. 10924
    (c) Your identification number: 202-502-745

3.  Are you currently being held on orders by:
    ☑ Federal authorities   ☐ State authorities   ☐ Other - explain: _____

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: _____

       (b) Docket number of criminal case: _____
       (c) Date of sentencing: _____
    ☑ Being held on an immigration charge
    ☑ Other *(explain):* Unlawful Removal Detention. I Have Complied with All Orders of Supervision. Including Requesting Travel Documents from Spanish Consulate.

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❑ Pretrial detention

☑ Immigration detention

❑ Detainer

❑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❑ Disciplinary proceedings

❑ Other (explain): _____

_____

6.    Provide more information about the decision or action you are challenging:
(a)  Name and location of the agency or court:   Department of Homeland Security

(b)  Docket number, case number, or opinion number: _____

(c)  Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
Unlawful Detention .

(d)  Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
❑ Yes            ☑ No
(a)  If "Yes," provide:
   (1)  Name of the authority, agency, or court: _____

   (2)  Date of filing: _____
   (3)  Docket number, case number, or opinion number: _____
   (4)  Result: _____
   (5)  Date of result: _____
   (6)  Issues raised: _____

(b)  If you answered "No," explain why you did not appeal: No Appeal Process for
Immigration Detention.

8.    **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
❑ Yes            ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____ N/A _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: N/A .

(b) If you answered "No," explain why you did not file a second appeal: _____
N/A .

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____ N/A .

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: N/A.

(b) If you answered "No," explain why you did not file a third appeal: _____
N/A .

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes               ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

N/A

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
        seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
        sentence?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
        conviction or sentence:

N/A.

11.     **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes                    ☐ No

If "Yes," provide:

(a)     Date you were taken into immigration custody: 12/29/2025

(b)     Date of the removal or reinstatement order: June 13, 1995

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____     N/A.

(4) Date of result: _____

(5) Issues raised: _____

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court:  Don't Remember Its Been Over

(2) Date of filing:  30 years Ago.

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

12.     **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:  Same - Habeas Corpus

(b) Name of the authority, agency, or court:  Of United District Court Harrisburg Pennsylvania.

(c) Date of filing:  On OR About 2002-2003

(d) Docket number, case number, or opinion number: _____

(e) Result:  Judge Ordered me to Be Presented In

(f) Date of result:  Street Clothes. So INS Released me.

(g) Issues raised:  Unlawful Detention.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Unlawful Detention.

(a) Supporting facts (Be brief. Do not cite cases or law.):

My Immigration Status Is "Stateless" Holding me for Removal is useless my Country of Birth for the last 31 years Has Refused to Issue Travel Documents. Informing DHS that I was Never a Citizen Due to my Only Being Born and leaving After 39 DAys

(b) Did you present Ground One in all appeals that were available to you?

☑Yes        ☐No

**GROUND TWO:** Detaining me unlawfully.

(a) Supporting facts (Be brief. Do not cite cases or law.):

Of after 31 years of Not Being Removed Not for lack of Trying Both I and DHS HAVE Gone to the Spanish Consulate. and ask for Travel Documents all Times Denied.

(b) Did you present Ground Two in all appeals that were available to you?

☑Yes        ☐No

**GROUND THREE:** I HAVE Elderly Parents Mother (77) years Old +Father 84 yeurs Old with Alziemers who I Both CARE FOR.

(a) Supporting facts (Be brief. Do not cite cases or law.):

I CARED FOR them By living DownStairs Of There Building. On the First Floor Specifically I Rented a unit. for that Purpose.

(b) Did you present Ground Three in all appeals that were available to you?

☐Yes        ☑No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I HAVE a WIFE anD a VERY ImPortant Job. at St. Vincent Hospital as ~~~~ ChiEF Quality Control OFFiCer FOR the EmeRgency Room & Surgical Unit.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

I HAVE 4 ChilDRen. Hakun-Gaby Fabelo 13 GaBRiEllE Hakuna FAbelo 10 FRANCisco Hakuna Fabelo III and Jamie Hakuna. FAbelo (5)

(8)

(b) Did you present Ground Four in all appeals that were available to you?

❑ Yes          ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Only my ThiRD Time On this Position. On the last 3' yeaRs (1995)(2002-2005) anD 2029.

**Request for Relief**

15. State exactly what you want the court to do: I ask this HonoRAblE Court. foR my ImmiEDte Release.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1/08/26.

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Page 9 of 9

**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

**Warning for Failure to Depart**

| Name: | Field Office: | File #: |
|---|---|---|
| FABELO, FRANCISCO | NYC-T | 021 784 076 |

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who--

(A)   willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

(B)   willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

(C)   connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

(D)   willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action Immigration and Customs Enforcement may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

*     Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final: | Ordered Removed under Section: |
|---|---|
| June 13, 1995 | 212a2AiI, 8 USC 1182 |

### Record of Service
(Check method used)

### Record of Personal Service

| ( ) Served By: (Print Name and Title of Officer) | | Date: |
|---|---|---|
| J 10982 KATEPODIS JR., Deportation Officer | | December 29, 2025 |

| Officer's Signature: | Location of Service: |
|---|---|
| 1098c | DOCKET CONTROL OFFICE NEW YORK 26 FEDERAL PLAZA NEW YORK, NEW YORK, |

| Served On: (Alien's Signature) | Date: |
|---|---|
| | December 29, 2025 |

( )   **Warning administered in Court**
(Copy of order attached)

**Record of Personal Service (Cont.)**

( )   **Certified Mail Service**

Fingerprint of Alien (Specify finger used)

Attach certified mail receipts here.

RIGHT INDEX

Form I-229(a)
(Revised 12/04/02)



A1

From: Francisco Fabelo fr.
110 Wells Farm Road.
Coshen N.Y. 10924.
ID# 202-502-745

US POSTAGE PB PITNEY BOWES
FIRST-CLASS
ZIP 10924  $ 002.17⁰
02 7W
0008030045 JAN 09 2026

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JAN 1 3 2026
RECEIVED

To: U.S. District Court
Norther District Of New York.
James T. Foley Courthouse.
Suite#509
445 Broadway
Albany N.Y. 12207.

#Legal Mail.


LEGAL MAIL